

FILED
CLERK, U.S. DISTRICT COURT

7/9/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE LASHON DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>BRIAN QUINTARD, et al.,<br><br>        Defendants. | Case No. 8:17-cv-01566-CJC (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all relevant records in this case, the attached Report and Recommendation of the U.S. Magistrate Judge, Defendants' Objections, and Plaintiff's Response.

      Having completed its de novo review of those portions of the Report and Recommendation to which Defendants have objected, the Court concludes that nothing in Defendants' objections affects or alters the findings and conclusions set forth in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

THEREFORE, Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation.

**IT IS SO ORDERED.**

DATED: July 9, 2019

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE