# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE LASHON DANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN QUINTARD, DEREK SIMPSON, ALEXIS McMURTRY<br><br>　　　　Defendants. | Case No. 8:17-CV-01566-CJC (SK)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Hon. Judge Cormac J. Carney<br><br>Complaint Filed: Sept. 11, 2017<br>Trial: Vacated |

WHEREAS, the parties in this case have resolved their claims;

IT IS THEREBY ORDERED that the above-entitled action is dismissed with prejudice with each side bearing its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 2, 2020

_____
Honorable Cormac J. Carney
United States District Court Judge